908 F.2d 962
 DiSantis (Albert J., Margaret)
v.
Abex Corp., Airco Welders Supply, Anchor Packing Co., Borg
Warner Corp., Brake & Clutch Co. of Phila., Carlisle Corp.,
Celotex Corp., Dana Corp., Davis Brake & Equip. Corp., Delco
Prod. of GM, Garlock Inc., Precision Seal Div., GE Co.,
Crumman OH Corp., H.K. Porter Co., Inc., Kay Wheel Sales,
Lear Siegler, Inc., Lenco Inc., Mfgd. Rubber Prod. Co.,
Maremont Corp., Melrath Gasket Co., Mohawk Mfg. & Supply
Co., Monsey Prod., Motor Serv., Nat.
 NO. 90-1023
 United States Court of Appeals,
Third Circuit.
 JUN 05, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.